UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

PORFIRIO LUGO,

Defendant.

**ORDER**

18 Cr. 723 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    It is hereby ORDERED that the sentencing of the Defendant, scheduled for April 14, 2020, is adjourned to **June 12, 2020 at 4:00 p.m.**

Dated: New York, New York
      March 30, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge