UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>PORFIRIO LUGO,<br><br>Defendant. | **ORDER**<br><br>18 Cr. 723 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the sentencing of the Defendant, scheduled for July 15, 2020, is adjourned to **August 24, 2020 at 3:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
July 1, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge