UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America<br><br>           v.<br><br>Porfirio Lugo,<br><br>               Defendant. | **Order of Restitution**<br><br>**S3 18 Cr. 723 (PGG)** |

      Upon the application of the United States of America, by its attorney, Audrey Strauss, Acting United States Attorney for the Southern District of New York, Michael K. Krouse, Sheb Swett, and Juliana N. Murray, Assistant United States Attorneys, of counsel; the presentence investigation report; the Defendant's conviction on Count Two of the above Information; and all other proceedings in this case, it is hereby ORDERED that:

      **1. Amount of Restitution.** Porfirio Lugo, the Defendant, shall pay restitution in the total amount of $20,617.82 to the victim of the offense charged in Count Two of the Information. The name, address, and specific amount owed to the victim is set forth in the schedule attached hereto. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

      **2. Sealing.** Consistent with 18 U.S.C. §§3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims attached hereto shall be filed under seal, except that copies may be retained and used or disclosed

09.10.2013

by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

Dated: New York, New York

      September 3    , 2020

                                            HON. PAUL G. GARDEPHE
                                            UNITED STATES DISTRICT JUDGE